NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001252
21-MAY-2015
11:07 AM

NO. CAAP-14-0001252

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ZACHARY FRED BAILEY, Plaintiff-Appellee,
v.
BURRELLE DAVID DUVAUCHELLE, TRUSTEE UNDER DUVAUCHELLE FAMILY
TRUST U/D/T DATED AUGUST 14, 2008, Defendant-Appellant,
and
BETTY J. DUVAUCHELLE, TRUSTEE UNDER LIVING TRUST OF BURRELLE
DUVAUCHELLE AND BETTY DUVAUCHELLE U/D/T/ DATED 7/1/91,
Defendant-Appellee,
and
LAURENCE H. DORCY, JR., Defendant/Third-Party Plaintiff/Appellee,
and
MARY PETERSEN, Third-Party Defendant/Appellee,
and
JOHN DOES 1-10; et al., Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 06-1-0218(1))


ORDER OF CORRECTION
(By: Foley, Presiding Judge, for the court[1])

IT IS HEREBY ORDERED that the Order Dismissing Appeal
for Lack of Appellate Jurisdiction in Appellate Court Case Number
CAAP-14-0001252, filed on May 21, 2015, is hereby corrected as
follows:

In the caption on the first page, below the
identification of the parties, the reference to the court is to
read:

**APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 06-1-0218(1))**

---

[1] Foley, Presiding Judge, Leonard and Ginoza, JJ.

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawaiʻi, May 21, 2015.

Presiding Judge